Hiram M. Blackmer *vs.* Isaac S. Davis.

Under the Gen. Sts. *c.* 114, § 10, and *c.* 115, § 7, no appeal lies from a judgment of the superior court upon an agreed statement of facts on an answer in abatement.

Replevin. Answer in abatement, that the writ was not served by an officer qualified to serve civil process. The question thus raised was submitted upon an agreed statement of facts to the superior court, which gave judgment for the defendant, and the plaintiff appealed.

*S. P. Twiss,* for the plaintiff. Under the Gen. Sts. *c.* 114, § 10, and *c.* 115, § 7, a judgment of the superior court upon an answer or plea in abatement, or a motion to dismiss, is final only when it is for defect of form of process.

*E. B. Stoddard,* for the defendant, was stopped by the court.

Bigelow, C. J. This appeal is not rightly here. The only question presented by the statement of facts arises on a plea in abatement. By the Gen. Sts. *c.* 114, § 10, and *c.* 115, § 7, the decision of a single justice is final on all questions raised by a plea in abatement, and no appeal lies to this court. In this particular, the General Statutes have not changed the law as established by *St.* 1840, *c.* 87, § 5 ; but have only provided

that motions to dismiss for defect of form in process shall stand on the same footing with pleas in abatement, and be finally determined by a justice of the court, without any right to appeal from or allege exceptions to his decision. *Willard* v. *Stone,* 13 Gray, 475. *Appeal dismissed.*